## IN RE KALEB H.

The petition by the respondent mother for certification for appeal from the Appellate Court, 131 Conn. App. 829 (AC 33293), is granted, limited to the following issues:

"1. Did the Appellate Court properly determine that the respondent mother failed to present sufficient factual allegations to raise reasonable doubt as to her competence?

"2. If the answer to question one is in the negative, does the same due process right to a competency evaluation that exists in termination of parental rights proceedings also attach to commitment proceedings?"

The Supreme Court docket number is SC 18902.

*Dana M. Hrelic*, *Michael S. Taylor* and *Brendon P. Levesque*, in support of the petition.

*Stephen G. Vitelli*, assistant attorney general, in opposition.

Decided December 15, 2011

## STATE OF CONNECTICUT *v.* RICHARD D. READ

The defendant's petition for certification for appeal from the Appellate Court, 132 Conn. App. 17 (AC 32972), is denied.

NORCOTT, J., did not participate in the consideration of or decision on this petition.

*G. Douglas Nash*, assigned counsel, in support of the petition.

*Bruce R. Lockwood*, senior assistant state's attorney, in opposition.

Decided December 15, 2011